IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR85 |
| v. | ) | |
| AMANDA BIRD, | ) | ORDER |
| Defendant. | ) | |

On information from the Pretrial Services Office and on the court's own motion, the court finds that the defendant is indigent and in need of lodging for the duration of her trial in this court. Accordingly,

IT IS ORDERED that the Pretrial Services Office arrange and pay for lodging for the defendant at the Omaha DoubleTree Hotel, starting June 27, 2011, and continuing on a daily basis for the duration of her trial.

DATED this 28th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge