IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )                                                     | Case No. 8:11CR85 |
| Plaintiff,        ) | |
| )                                                     | |
| vs.         ) | ORDER TO WITHDRAW |
| )                                                     | EXHIBITS |
| AMANDA BIRD,        ) | |
| )                                                     | |
| Defendant.        ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

>Government Exhibits 1, 3, 4
>
>Defendant's Exhibits 101 - 113
>
>Jury Trial held June 27 - 30, 2011

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 30th day of June, 2011

>s/ Joseph F. Bataillon
>Chief United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07